UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 4:06-CV-1445 (CEJ) |
| L.L.L. MASONRY, INC., | ) ) | |
| Defendant. | ) | |

### ORDER

Before the Court is a request [#4] by plaintiffs to stay the proceedings in this matter until January 13, 2007, to facilitate the accounting process. Defendant has not responded. The Court finds that an order to stay the proceedings is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion [#4] to stay proceedings is **granted**.

**IT IS FURTHER ORDERED** that all proceedings and deadlines in this matter are **stayed** until January 13, 2007.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT COURT

Dated this 21st day of November, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com