UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:06-CV-1445 (CEJ) ) |
| L.L.L. MASONRY, INC., | ) ) |
| Defendant. | ) |

### ORDER

Before the Court is a request [#6] by plaintiffs to further stay the proceedings in this matter through March 14, 2007. Plaintiffs state that defendant has submitted to an accounting and a preliminary report reflects a small number of disputed hours. Plaintiffs believe that staying the proceedings will enable the parties to engage in settlement negotiations to resolve this remaining dispute. The Court finds that staying the proceedings is appropriate and would benefit all parties.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion [#6] to stay proceedings is **granted**.

**IT IS FURTHER ORDERED** that all proceedings and deadlines in this matter are **stayed** until March 14, 2007.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT COURT

Dated this 24th day of January, 2007.