```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
```

GREATER ST. LOUIS CONSTRUCTION )
LABORERS WELFARE FUND, et al., )
                               )
            Plaintiffs,        )
                               )
       vs.                     )      No. 4:06-CV-1445 (CEJ)
                               )
L.L.L. MASONRY, INC.,          )
                               )
            Defendant.         )

## ORDER

This case was filed on September 29, 2006. The record shows that service was achieved on defendant on October 4, 2006. Under Rule 12(a)(1)(A), Fed.R.Civ.P., defendant was required to file an answer or other responsive pleading within twenty days of being served with the complaint. Because the defendant has failed to do so,

**IT IS HEREBY ORDERED** that plaintiffs shall, within thirty (30) days of the date of this order, file appropriate motions for entry of default and for default judgment against defendant L.L.L. Masonry, Inc., supported by all necessary affidavits and documentation.

Failure to comply with this order may result in the dismissal of this action without prejudice.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2007.